# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

      **v.**             :        1:20-MJ-0048 (RMM)

                        :

**CHANCE BARROW**     :

## UNOPPOSED MOTION TO CONTINUE HEARING

Undersigned counsel, on behalf of defendant Chance Barrow respectfully moves the Court to continue the initial hearing currently scheduled for May 15, 2020 to June 16, 2020 at 1pm[1].

In support of the Motion, undersigned states:

1. On March 26, 2020, the government filed a complaint charging Mr. Barrow with Concealment of Material Facts, in violation of 18 U.S.C. 1001.

2. On March 27, 2020, the Court issued a Judicial Summons for Mr. Barrow to appear at the initial hearing on May 15, 2020.[2]

3. The government would like to have Mr. Barrow officially booked at the time of the hearing, which requires him to be physically present. Counsel, who has not yet physically met Mr. Barrow, would also like to be present for booking.

4. Parties agree that Mr. Barrow's initial hearing should be held after the court opens. Doing so would allow Mr. Barrow, counsel and law enforcement officers

---

[1] Both counsel are available in the afternoon any day between June 15 and June 19, 2020.

[2] The hearing date of May 15, 2020, as reflected in the judicial summons, does not appear on the docket.

       to minimize physical contact until the Court determines it can safely open for business.

5.     Assistant United States Attorney Elizabeth Aloi does not oppose this Motion.

Wherefore, undersigned counsel respectfully moves the Court to grant the Motion to Continue Hearing and to vacate the May 15 7, 2020 hearing and to set the hearing for the week of June 15, 2020.

        Respectfully submitted,
        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Eugene Ohm
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Washington, D.C. 20004
        (202) 208-7500

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :

                               :

    **vi.**                           **1:20-MJ-0048 (GMH)**

                               :

**CHANCE BARROW** :

## **ORDER**

Upon consideration of the Defendant's Motion to Continue Hearing, it is hereby ordered that the Motion is **GRANTED** and that:

The hearing of May 15, 2020 is vacated and rescheduled for June __, 2020; and

    **So ordered.**

Dated: _____        _____
                                                          THE HONORABLE G. MICHAEL HARVEY
                                                          MAGISTRATE JUDGE
                                                          UNITED STATES DISTRICT COURT FOR THE
                                                          DISTRICT OF COLUMBIA